NUMBER 13-00-498-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


VALLEY WOMEN'S CLINIC, P.A.
, Appellant,


v.



WILLIAM NACEY
, Appellee.

____________________________________________________________________


On appeal from the 138th District Court


of Cameron County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justice Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, VALLEY WOMEN'S CLINIC, P.A., perfected an appeal
from a judgment entered by the 138th District Court of Cameron
County, Texas, in cause number 2000-03-1115-B. After the record was
filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that this case has been resolved and appellant no
longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 7th day of December, 2000.